### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-895-ABJ-CBS

KENDACE KLARKE, f/k/a KENDACE ABRAM, *et al.*,

    Plaintiff,

v.

COMCAST CABLE HOLDINGS, LLC a/k/a COMCAST CORP., (FORMERLY AT&T BROADBAND, LLC),

    Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the parties' "Stipulation for Dismissal with Prejudice" and the Court being fully advised, it is hereby

**ORDERED** that all claims brought by plaintiffs against defendant, Comcast Cable Holdings, LLC a/k/a Comcast Corp., (formerly AT&T Broadband, LLC), in the above captioned proceedings, shall be, and are, **DISMISSED WITH PREJUDICE,** with costs and attorneys' fees to be allocated pursuant to the parties' Stipulation.  It is further

**ORDERED** that any remaining pending motions on the docket shall be, and are, **DENIED AS MOOT.**

Dated this 9th day of February, 2006.

                                                 _____s/ Alan B. Johnson_____
                                                 UNITED STATES DISTRICT JUDGE
                                                 SITTING BY DESIGNATION

Case 1:03-cv-00895-ABJ-CBS Document 43 Filed 02/22/06 USDC Colorado Page 2 of 2